Petition for Writ of Mandamus Dismissed and Opinion filed February 13,
2003









Petition for Writ of Mandamus Dismissed and Opinion
filed February 13, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00092-CV

____________

 

IN RE JOHN FERNANDEZ, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On January 31, 2003, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2002);  see also
Tex. R. App. P. 52.  On February 10, 2003, relator
filed a motion to dismiss his petition because the proceeding has been rendered
moot.  We grant the motion.

Accordingly, we dismiss as moot relator=s petition for writ of mandamus.

 

PER CURIAM

 

 

Petition
Dismissed and Opinion filed February 13, 2003.

Panel consists of
Justices Edelman, Seymore, and Guzman.